UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LINDY SUE LOCKLEAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:14-CV-155-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on August 28, 2015, and Copies To:**

| | |
|---|---|
| William L. Davis, III | (via CM/ECF Notice of Electronic Filing) |
| Todd J. Lewellen | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK

August 28, 2015  (By) /s/ Crystal Jenkins

Deputy Clerk